**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| SHAMARICA D. SCOTT and LINDA A. WILSON, <br><br> Plaintiffs, <br><br> v. <br><br> THE EVERGREEN STATE COLLEGE; JENNIFER SCHOOLER; and DOES I through X, <br><br> Defendants. | NO. 3:17-cv-05823-BHS <br><br> ORDER DISMISSING PLAINTIFF LINDA A. WILSON'S COMPLAINT UNDER FED. R. CIV. P. 41(b) FOR FAILURE TO PROSECUTE |

This matter came before the Court on Defendants' Unopposed Motion to Dismiss for Failure to Prosecute under Fed. R. Civ. P. 41(b). The Court considered the following documentation:

1. Defendants' Unopposed Motion to Dismiss for Failure to Prosecute Under Fed. R. Civ. P. 41(b); and

2. Defendants' Reply in Support of Defendants' Motion to Dismiss.

In consideration of the foregoing, and being fully informed, it is now

ORDERED:

Defendants' Unopposed Motion to Dismiss Under Fed. R. Civ. P. 41(b) for Plaintiff Linda A. Wilson's Failure to Prosecute is hereby GRANTED and all of Plaintiff Linda A. Wilson's claims against all Defendants are dismissed with prejudice.

DATED this 26th day of December 2018.

_____

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER DISMISSING PLAINTIFF
LINDA A. WILSON'S COMPLAINT
UNDER FED. R. CIV. P. 41(b)
FOR FAILURE TO PROSECUTE
-- NO. 3:17-CV-05823-BHS

1

ATTORNEY GENERAL OF
WASHINGTON
TORTS DIVISION
7141 CLEANWATER DRIVE SW
PO BOX 40126
OLYMPIA, WA 98504-0126
(360) 586-6300